RECEIVED
DEC 17 2014
AT 8:30
WILLIAM T. WALSH, CLERK

Upon having some procedures by Dr. Micheal Binder these procedures caused me to be admitted to the hospital. Believed to be caused from these procedures I had to stay in the hospital for three days people believe I suffered a mini stroke could not walk face numb stumbling on things which I believe was malpractice. When I got out I went to talk to Dr. Krishna Kolla who was the neurologist at this time he broke the contract he signed to see me and refused to give me treatment and said a statement that stood out to me stating he doesn't want to get involved which is not proper for a doctor to say. Then I went to my operating doctors surgical center and try to talk with the administrator and he snatched paperwork out of my hand nearly a simple assault which is discrimination breaking the facilities policy