AO 240A  (Rev. 01/09; NJ 05/13)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

SHAWN SHARROCK

Plaintiff(s

DR. KRISHNA R. KOLLA
Defendant(s).

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Civil Action No. **14-7857**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☑ **GRANTED**, and

☑ The clerk is ordered to file the complaint,

☑ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐ ~~**DENIED**, for the following reasons:~~

☐ ~~**IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of $400 within 14 days from the date of this order to reopen the case without further action from the Court.~~

ENTERED this 23d day of Dec , 2014.

s/ _Ken McNulty_
Signature of Judicial Officer

**Kevin McNulty**
**U.S. District Judge**
Name and Title of Judicial Officer