# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

SHAWN SHARROCK

                          Plaintiff,

v.                                            Case No.: 2:14–cv–07857–KM–SCM

                                            Judge Kevin McNulty

KRISHNA R. KOLLA, et al.

                          Defendant.


Dear Litigant:

    The Clerk's Office has received and processed your complaint and has assigned the above–listed docket number and judicial officer. The docket number and Judge's initials must appear on any paper that is submitted to the court.

    Enclosed please find United States Marshal form 285 which you must complete and immediately return to the U.S. Marshal's Service; otherwise, your complaint will not be served.(**one 285 form must be completed for each named defendant to be served**). Note, if you are suing the United States, Its agencies, Officers or Employees, please complete a 285 form for the U.S. Attorney for New Jersey and the Attorney General of the United States, see F.R.C.P. 4 (i). The U.S. Marshal's Service will not serve the summons and complaint without this form completed for each defendant. A sample of a completed 285 form is attached.

    Send completed USM 285 form(s) to the U.S. Marshal's Service at:

    UNITED STATES MARSHAL'S SERVICE
    50 Walnut Street
    Newark, NJ 07101

                                                          Very truly yours,

                                                          William T. Walsh, Clerk
                                                          By Deputy Clerk, ld


cc: USM Service