UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN SHARROCK<br><br>Plaintiff,<br><br>v.<br><br>DR. KRISHNA R. KOLLA, et al<br><br>Defendant. | Civil Action No. 14-7857 (KM)<br><br>**ORDER OF DISMISSAL** |

**KEVIN MCNULTY, U.S.D.J.:**

**IT APPEARING** that Plaintiff, Shawn Sharrock, initiated this action by filing a Complaint and Application to proceed in forma pauperis in this Court on December 17, 2014 (ECF 1); it further

**APPEARING** that the Plaintiff was granted permission to proceed in forma pauperis on December 23, 2014, Summons was issued as to Defendants Dr. Krishna R. Kolla and Dr. Michael Binder, and Plaintiff was directed to complete a USM 285 Form on December 29, 2014 (ECF No. 2-4); it further

**APPEARING** that the Plaintiff submitted a letter requesting to add another party to his case, Plaintiff was granted permission to file an Amended Complaint and effectuate service within 120 days of the filing of the Amended Complaint, and Plaintiff was granted an extension to file an Amended Complaint (ECF No. 5-8); it further

**APPEARING** that Plaintiff has not complied with this Court Orders (ECF No. 6, 8); and it further

**APPEARING** that Plaintiff has failed to Show Cause in writing by October 22, 2015 why Plaintiff's Complaint should not be dismissed for lack of prosecution (ECF No. 9);

**IT IS** on this 30th day of October, 2015,

**ORDERED** that Plaintiff's Complaint is dismissed without prejudice for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk of the Court close its file in this matter.

                                                                                 **HON. KEVIN MCNULTY**
                                                                           **United States District Judge**